IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**,<br><br>v.<br><br>JULIO M. HERRERA-VELUTINI,<br>**Defendant**. | CRIMINAL NO. 22-342 (SC)(GLS) |

## MOTION REQUESTING TRANSCRIPTS

**TO THE HONORABLE COURT:**

Julio M. Herrera-Velutini, through his undersigned attorneys, respectfully requests the transcript of the sealed hearing held on September 28, 2023, in which counsel for Mr. Herrera-Velutini was one of the participants, *see* Docket No. 305. Exhibit 1 (Transcript Order Form). Mr. Herrera-Velutini also requests a transcript of the status conference held on October 2, 2013. Exhibit 2 (Transcript Order Form).

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico this 3rd day of October 2023.

**DLA Piper (Puerto Rico) LLC**

/s/ Sonia I. Torres-Pabon
Sonia I. Torres-Pabon (USDC-PR No. 209310)
sonia.torres@us.dlapiper.com
500 Calle de la Tanca, Ste. 401
San Juan, PR 00901-1969
Tel: 787-281-8100

**The LS Law Firm**

*/s/ Lilly Ann Sanchez*
Lilly Ann Sanchez, Esq. (Fla. Bar No. 195677)
Email: lsanchez@thelsfirm.com

1

One Biscayne Tower, Suite 2530  
2 South Biscayne Blvd.  
Miami, Florida 33131  
Telephone: (305) 503-5503  
Facsimile: (305) 503-6801  

**CERTIFICATE OF SERVICE**

It is hereby certified that on this date the present motion is filed with the Clerk of the Court through the CM/ECF electronic system which will notify and provide copies to all parties of record.

*/s/ Sonia I. Torres-Pabón*