# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JULIO M. HERRERA-VELUTINI, <br><br> Defendant. | CRIMINAL NO. 22-342 (SCC) |

## MOTION FOR LEAVE TO FILE IN EXCESS OF PAGE

**TO THE HONORABLE COURT:**

COMES NOW the defendant, Julio M. Herrera-Velutini ("the Defendant" or "Mr. Herrera"), through his undersigned attorneys, and respectfully states and prays as follows:

Today, Mr. Herrera will file a reply to his motion to compel. Per Local Rule 7(e), a reply shall not exceed ten pages in length. Mr. Herrera hereby respectfully requests leave to exceed the limit by 2 pages (not including the signatures). The additional length is necessary to address the Government's factual contentions, and allegations as to materiality.

**WHEREFORE,** the defendant, Mr. Herrera, respectfully requests that this Honorable Court grant leave to file the motion with two pages in excess.

Respectfully submitted in San Juan, Puerto Rico, on this 15th day of January 2024.

**DLA Piper (Puerto Rico) LLC**

/s/ *Sonia I. Torres-Pabón*
Sonia I. Torres-Pabón, Esq.
USDC-PR No. 209310
500 Calle de la Tanca, Ste. 401
Sonia.torres@us.dlapiper.com
San Juan, PR 00901-1969
Tel: 787-945-9101

**The LS Law Firm**
/s/ *Lilly Ann Sanchez*
Lilly Ann Sanchez, Esq.
Fla. Bar No. 195677
One Biscayne Tower, Suite 2530
2 South Biscayne Blvd.
Miami, Florida 33131
Email: lsanchez@thelsfirm.com
Telephone: (305) 503-5503
Facsimile: (305) 503-6801

## CERTIFICATE OF SERVICE

    It is hereby certified that on this same date the present motion was filed with the Clerk of the Court through the CM/ECF electronic system which will notify and provide copies to all parties of record.

    In San Juan, Puerto Rico on this 15th day of January 2024.

                                           */s/ Sonia I. Torres-Pabón*
                                           SONIA I. TORRES-PABÓN