IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>[1] WANDA VAZQUEZ GARCED,<br>[2] JULIO M. HERRERA VELUTINI,<br>[3] MARK T. ROSSINI,<br>Defendants. | CRIMINAL NO. 22-342 (RAM) |

## UNITED STATES' MOTION TO RESTRICT

The United States requests leave to file a Motion in Compliance with the Court's Order regarding redactions under the "Selected Parties" restriction level. This response contains discovery material that is subject to the Protective Order. If the Court permits the proposed redactions, the Government has no objection to the lifting of the restriction level on the underlying motion.

WHEREFORE, the United States respectfully requests that the present motion to restrict be GRANTED by this Court.

RESPECTFULLY SUBMITTED, this 26th of January, 2024.

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S Department of Justice

*/s/Nicholas W. Cannon*
Nicholas W. Cannon
Trial Attorney (G01814)
Department of Justice
Public Integrity Section
1301 New York Ave., NW
10th Floor
Washington, D.C. 20530
(202) 514-8187
nicholas.cannon2@usdoj.gov

<u>Certificate of Service</u>

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

                                                  */s/Nicholas W. Cannon*
                                                Nicholas W. Cannon