**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **CRIMINAL NO. 22-342 (SCC)** |
| **[1] WANDA VAZQUEZ GARCED,**<br>**[2] JULIO M. HERRERA VELUTINI,**<br>**[3] MARK T. ROSSINI,**<br>**Defendants.** | |

## UNITED STATES' MOTION TO RESTRICT

The United States requests leave to file a Motion in Compliance with the Court's Order regarding trial date availability under the "Selected Parties" restriction level. This was at the request of defense counsel as it pertains to their trial availability and conflicts with other matters.

WHEREFORE, the United States respectfully requests that the present motion to restrict be GRANTED by this Court.

RESPECTFULLY SUBMITTED, this 5th of February, 2024.

COREY R. AMUNDSON
Chief, Public Integrity Section
U.S Department of Justice

*/s/Nicholas W. Cannon*
Nicholas W. Cannon
Trial Attorney (G01814)
Department of Justice
Public Integrity Section
1301 New York Ave., NW
10th Floor
Washington, D.C. 20530
(202) 514-8187
nicholas.cannon2@usdoj.gov

<u>Certificate of Service</u>

      I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will notify all counsel of record.

                                                                   <u>*/s/Nicholas W. Cannon*</u>
                                                                  Nicholas W. Cannon