UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,

    Plaintiff,                                    CRIMINAL NO. 22-342 (SCC)

vs.

[2] JULIO M. HERRERA VELUTINI,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher M. Kise, of the law firm Continental PLLC, hereby gives notice of appearance as counsel of record for Defendant Julio M. Herrera Velutini. Mr. Kise requests that all notices, pleadings, motions, applications, and other documents filed in this case be sent to the following addresses:

    Primary E-mail Address: ckise@continentalpllc.com

    Secondary E-mail Addresses: chris@ckise.net; cforjet@continentalpllc.com

Dated: August 7, 2024

                                                        CONTINENTAL, PLLC

                                                        *By: /s/ Christopher M. Kise*
                                                        Christopher M. Kise (FBN 855545)
                                                        Addmited ProHacVice
                                                        Primary Email: ckise@continentalpllc.com
                                                        Secondary Email:
                                                        cforjet@continentalpllc.com
                                                        CONTINENTAL PLLC
                                                        101 N. Monroe Street., Suite 750
                                                       Tallahassee, FL 32301
                                                       Telephone: (850) 332-0702

**CERTIFICATE OF SERVICE**

It is hereby certified that on this date the present motion is filed with the Clerk of the Court through the CM/ECF electronic system which will notify and provide copies to all parties of record.

In San Juan, Puerto Rico this 7 day of August 2024.

*By: /s/ Christopher M. Kise*
Christopher M. Kise
