IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| United States of America<br>    Plaintiff<br><br>v.<br><br>Mark Rossini<br>Defendant | Crim.22-342(SCC) |

### Motion To Restrict and In Compliance With Administrative Order #9

**TO THE HONORABLE COURT:**

Now Comes defendant Mark Rossini through the undersigned local counsel and respectfully states and prays :

A selected parties motion has been filed on behalf of appearing defendant which contents only pertain to the defense and the government . It is requested the Court order it remain under the selected parties restriction until further order of the Court .

Wherefore ,it is respectfully requested that this Honorable Court grant the present motion .

Respectfully Submitted.

In San Juan , Puerto Rico on this 13th day of February ,2025.

### Certificate of Service

It is certified that on this date this motion is being filed through the CM/ECF electronic system of the court which will automatically notify and provide copy to counsel of record.

S/*Lydia Lizarribar Masini*
Lydia Lizarribar Masini
USDC 124301
G 14 Oneill St Suite A
San Juan , PR 00918
Tel. 787-525-5462
lizarribarlaw@gmail.com