### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>**Plaintiff**,<br><br>v.<br><br>JULIO M. HERRERA-VELUTINI,<br>**Defendant.** | CRIMINAL NO. 22-342<br>(SCC)(GLS) |

### UNOPPOSED MOTION FOR AUTHORIZATION TO TRAVEL

**TO THE HONORABLE COURT:**

Julio M. Herrera-Velutini ("Mr. Herrera"), through his undersigned attorneys, requests the Court's authorization to travel to North and South Africa from June 19, 2025, to July 1, 2025.

As part of the conditions of release set by the Honorable Magistrate Judge Lopez-Soler, Mr. Herrera is allowed to travel abroad if he seeks the Court's approval and that of the USPO and the DOJ trial attorneys. *See* Dkt. No. 80 at page 1. Mr. Herrera, who is currently residing in the United Kingdom, has business commitments in North and South Africa (Morocco, Tunisia, and South Africa) from June 19 to July 1, 2025, and for this reason, requests permission to travel.

Mr. Herrera will be available to attend the virtual hearing requested at Dkt. 877, at the Court's convenience.

Mr. Herrera has advised Pre-trial Services Officer Patricia Córdova-Pagán from the Puerto Rico District of his travel request, and she has no objection. Mr. Herrera will provide the Pretrial Officer with the details of his travel dates and the address where he will reside while traveling. Counsel for Mr. Herrera has also consulted with the Government, and it has no objection.

**WHEREFORE,** Mr. Herrera seeks the Court's authorization to travel from June 19, 2025, through July 1, 2025.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 17th day of June 2025.

**DLA Piper (Puerto Rico) LLC**

<u>/s/ Sonia I. Torres-Pabón</u>
Sonia I. Torres-Pabón (USDC-PR No. 209310)
sonia.torres@us.dlapiper.com
500 Calle de la Tanca, Ste. 401
San Juan, PR 00901-1969
Tel: 787-281-8100

**The LS Law Firm**

<u>*/s/ Lilly Ann Sanchez*</u>
Lilly Ann Sanchez, Esq. (Fla. Bar No. 195677)
Email: lsanchez@thelsfirm.com

One Biscayne Tower, Suite 2530
2 South Biscayne Blvd.
Miami, Florida 33131
Telephone: (305) 503-5503
Facsimile: (305) 503-6801


**CONTINENTAL, PLLC**

<u>*By: /s/ Christopher M. Kise*</u>
Christopher M. Kise (FBN 855545)
Admitted ProHacVice
Primary Email: ckise@continentalpllc.com
Secondary Email: cforjet@continentalpllc.com
101 N. Monroe Street., Suite 750
Tallahassee, FL 32301
Telephone: (850) 332-0702

## CERTIFICATE OF SERVICE

It is hereby certified that on this date, the present motion is filed with the Clerk of the Court through the CM/ECF electronic system, which will notify and provide copies to all parties of record.

<u>*/s/ Sonia I. Torres-Pabón*</u>